# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2177

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Arkansas. |
| | * | |
| Eve Monique Ealy | * | **[UNPUBLISHED]** |
| | * | |
| Appellant. | * | |

_____

Submitted: October 28, 2002
Filed: October 31, 2002

_____

Before LOKEN, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

After entering a conditional guilty plea to possession with the intent to distribute more than 500 grams of cocaine hydrochloride, in violation of 21 U.S.C. § 841(a)(1), Eve Monique Ealy appeals the denial of her suppression motion. Ealy's notice of appeal was untimely filed twenty-seven days after judgment was entered in the district court. See Fed. R. App. P. 4(b)(1)(A)(i). This appellate defect is jurisdictional, but Rule 4(b)(4) of the Federal Rules of Appellate Procedure authorizes the district court, "before or after the time has expired, with or without motion and notice," to extend the appeal period for up to thirty days "[u]pon a finding of excusable neglect or good cause." Because Ealy's notice of appeal was untimely

by less than thirty days, we remand the case to the district court for a determination of whether the time for filing a notice of appeal should be extended under Rule 4(b)(4). See United States v. Austin, 217 F.3d 595, 597 (8th Cir. 2000); United States v. Petty, 82 F.3d 809, 810 (8th Cir. 1996).

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.